THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN LIFE INSURANCE COMPANY, Appellant, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Manhattan L. Ins. Co.* v. *Wells*, 91 App. Div. 44, affirmed. (Argued April 25, 1904; decided May 10, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1904, which affirmed an order of Special Term quashing a writ of certiorari to review an assessment upon real property of relator.

*Benjamin F. Tracy* and *M. F. Neville* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *David Rumsey* of counsel), for respondents.

Order affirmed, with costs, on opinion below.

Concur: GRAY, HAIGHT, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., and BARTLETT, J. Not voting: O'BRIEN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE MISSIONARY SISTERS OF THE THIRD ORDER OF ST. FRANCIS, Respondent, *v.* JOHN REILLY et al., as Assessors of the Town of Highlands, Appellants.

*People ex rel. Missionary Sisters* v. *Reilly*, 85 App. Div. 71, affirmed. (Argued April 25, 1904; decided May 10, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 28, 1903, which affirmed orders of Special Term vacating assessments for taxation of real property of relator.

*William Vanamee* for appellants.

*Michael J. Scanlan* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.